### CUNNINGHAM *v.* CENTRAL OF GEORGIA RAILWAY COMPANY.

COBB, J.    The evidence being of such a character as to have authorized a finding for either party, the case should have been submitted to a jury under proper instructions, and it was error to direct a verdict.

          *Judgment reversed.    By five Justices.*

Argued June 4, — Decided July 1, 1903.

Action for damages.    Before Judge Hammond.    City court of Griffin.    December term, 1902.

The plaintiff, an elderly woman, was injured by falling to the ground from the steps of the defendant's coach in which she had been a passenger from Atlanta to Griffin.    She was found lying unconscious by the railroad track just before the point where it was crossed by the track of the Southern Railway Co.    This point was about 250 yards before reaching the defendant's passenger station in Griffin.    According to the plaintiff's testimony (which conflicted with that for the defendant), after the train was within the limits of Griffin, as she knew by seeing the electric lights (it being on a December night), a porter walked through the car in which the plaintiff was sitting, called out "Griffin! Griffin!" opened the door and left it opened.  .    When the train stopped first after this announcement, the plaintiff arose, went out the front door of the car upon the platform, and down on the steps of the car.    Thereupon the train moved suddenly and quickly forward, and she was thrown to the ground.    When she went on the platform she saw no one, and had no warning not to get off.    She thought she was getting

off at the station, and had no notice that the train would stop for the crossing and then move again.　The judge directed a verdict for the defendant.

*Evins & Spence* and *Robert T. Daniel*, for plaintiff.
*Hall & Cleveland* and *Robert L. Berner*, for defendant.